ELMIRA GANN, Respondent, v. M. H. BOND, Appellant.

No. 3889; August 15, 1864.

**Tender—United States Legal Tender Act.**—A tender of money under the United States Legal Tender Act of February 25, 1862, is good in this state.

APPEAL from Fifth Judicial District, San Joaquin County.

Terry & Barrie for respondent; Budd Carr & Caldwell for appellant.

CURREY, J.—This is an appeal from a judgment in favor of the plaintiff against the defendant for a certain sum of money and the costs of the action. Whether or not this judgment can stand is to be determined upon the act of Congress passed on the 25th of February, 1862, entitled, "An act to authorize the issue of United States notes, and for the redemption and funding thereof, and for funding the floating debt of the United States," making such United States notes lawful money and a legal tender in the payment of all debts, public and private, within the United States, except as in said act is excepted. We have already passed upon the question which is involved in this action, in the case of Lick v. Faulkner, affirming the validity of that act.

The court below in effect decided the act of Congress, in the respect referred to, to be invalid and void. In this the court erred and the judgment must be reversed and the cause remanded with directions to the district court to enter a judgment for the plaintiff against the defendant for the sum tendered by the defendant to the plaintiff; and a judgment in

favor of the defendant against the plaintiff for his costs in
this action, and it is so ordered and adjudged.

We concur: Rhodes, J.; Sanderson, C. J.; Sawyer, J.;
Shafter, J.